**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MARYANN MALTESE,

                                Plaintiff,

                                                                1:24-cv-1175 (BKS/ML)

v.

CARL HEASTIE, KATHY HOCHUL,
RICHARD SCHAFFER and FRANK WU,

                                Defendants.

---

**Appearances:**

*Plaintiff pro se:*
MaryAnn Maltese
East Northport, New York 11731

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

On September 25, 2024, this action filed by Plaintiff MaryAnne Maltese pro se in the

Southern District of New York was transferred to this Court. (Dkt. Nos. 1, 9). The case was

assigned to the undersigned and to United States Magistrate Judge Miroslav Lovric, and Plaintiff

paid the filing fee on November 13, 2024. On December 2, 2024, the Court issued summons and

directed Plaintiff to serve the summons. (Dkt. Nos. 16, 17). The Court also issued its General

Order 25. (Dkt. No. 15). Plaintiff, however, failed to properly serve the summons and complaint

on each defendant in accord with Fed. R. Civ. P. 4 and General Order 25. (Dkt. Nos. 23, 50). On

February 4, 2025, Magistrate Judge Lovric issued a text order notifying Plaintiff that failure to

comply with the Court's orders, and failure to serve the summons, complaint and General Order

25 in accord with Fed. R. Civ. P. 4 and General Order 25 "may result in dismissal of the action

for failure to prosecute." (Dkt. No. 50). On March 27, 2025, Magistrate Lovric issued a text

order noting that Plaintiff had still failed to comply with General Order 25 and the Court's orders regarding service of process. (Dkt. No. 54). Magistrate Judge Lovric ordered Plaintiff to show cause by April 17, 2025 why this matter should not be dismissed for failure to prosecute and failure to properly complete service. (*Id.*). Plaintiff did not provide any meaningful response to the Order to show cause, and Magistrate Judge Lovric issued three subsequent text orders notifying Plaintiff that the failure to properly complete service or comply with Court orders may result in dismissal of this case. (Dkt. No. 56, 58, 60). Plaintiff did not properly complete service or provide any meaningful response to these text orders.

On September 11, 2025, Magistrate Judge Lovric issued a Report and Recommendation, recommending that Plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 4 (m) based on her failure to complete service of process or, in the alternative, for failure to comply with court orders and to prosecute pursuant to Fed. R. Civ. P. 41(b). (Dkt. No. 61). Magistrate Judge Lovric informed Plaintiff that she had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 11). No objections to the Report-Recommendation have been filed.

As no objections to the Report and Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report and Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report and Recommendation for clear error, the Court notes that the applicable deadline under Fed. R. Civ. P. 4(m) for service is 90 days, not 120 days as stated in the Report and Recommendation. (Dkt.

No. 61, at 5). This however, does not change the analysis. Having found no clear error with respect to the recommendation, the Court adopts the recommendation.

For these reasons, it is hereby

**ORDERED** that the recommendation in the Report and Recommendation (Dkt. No. 61) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) be **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 4 (m) based on Plaintiff's failure to complete service of process and also under Fed. R. Civ. P. 41(b) for Plaintiff's failure to comply with court orders; and it is further

**ORDERED** that the Clerk is directed to close this case, enter judgment accordingly, and serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>November 10, 2025</u>
      Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge